IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN PARRISH,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3663

Opinion filed September 13, 2016.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Jonathan Parrish, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED. See Fla. R. App. P. 9.141(c)(6)(C).

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.